| | |
|---|---|
| 1 | CHRISTOPHER CHIOU |
| | Acting United States Attorney |
| 2 | Nevada Bar Number 14853 |
| | JARED L. GRIMMER |
| 3 | Assistant United States Attorney |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 388-6336/Fax: (702) 388-6418 |
| 5 | jared.l.grimmer@usdoj.gov |
| | *Attorneys for the United States* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00944-DJA |
| Plaintiff, | **Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| CRISTIAN HERNANDEZ-CARDENAS,<br>    aka "Cristian Hernandez Cardenas,"<br>    aka "Cristian Cardenas-Hernandez,"<br>    aka "Cristian Hernandez,"<br>    aka "Cristian Cardenas,"<br>    aka "Cristian Cardenas Hernandez,"<br>    aka "Jesus Haro Chavez,"<br><br>    Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Defendant CRISTIAN HERNANDEZ-CARDENAS, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1.	The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2.	The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3.	The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4.	Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 8th day of November, 2021.

Respectfully Submitted,

RENE L. VALLADARES  
Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

/s/ Rebecca A. Levy  
REBECCA A. LEVY  
Assistant Federal Public Defender  
Counsel for Defendant CRISTIAN HERNANDEZ-CARDENAS

/s/ Jared L. Grimmer  
JARED L. GRIMMER  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTIAN HERNANDEZ-CARDENAS,<br>　aka "Cristian Hernandez Cardenas,"<br>　aka "Cristian Cardenas-Hernandez,"<br>　aka "Cristian Hernandez,"<br>　aka "Cristian Cardenas,"<br>　aka "Cristian Cardenas Hernandez,"<br>　aka "Jesus Haro Chavez,"<br><br>　　　　Defendant. | Case No. 2:21-mj-00944-DJA<br><br>**Order Directing Probation to Prepare a Criminal History Report**<br>~~[Proposed]~~ |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 9th day of November, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE