RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Cristian Hernandez-Cardenas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00944-DJA-1 |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** (Third Request) |
| v. | |
| CRISTIAN HERNANDEZ-CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Cristian Hernandez-Cardenas, that the Preliminary Hearing currently scheduled on April 18, 2022 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Hernandez-Cardenas has a hearing on a Waiver of Indictment, Filing of Information, Initial Appearance, Arraignment and Plea pursuant to a fast track plea agreement

scheduled for May 16, 2022.  The preliminary hearing should be continued past the May 16, 2022 hearing so the parties may receive the benefit of the plea agreement.

2.      Defendant is incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 11th day of April, 2022.

RENE L. VALLADARES                              CHRISTOPHER CHIOU
Federal Public Defender                            Acting United States Attorney


*/s/ Benjamin F. J. Nemec*                          */s/ Jared Grimmer*
By_____                     By_____
BENJAMIN F. J. NEMEC                          JARED GRIMMER
Assistant Federal Public Defender                  Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

CRISTIAN HERNANDEZ-CARDENAS,

               Defendant.

Case No. 2:21-MJ-00944-DJA-1

**ORDER**

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 18, 2022 at the hour of 4:00 p.m., be vacated and continued to July 11, 2022, at 4:00 p.m., Courtroom 3A.

     DATED this ___12th___ day of April, 2022.

_____

UNITED STATES MAGISTRATE JUDGE

DANIEL J. ABREGTS

3